IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 7:17CR00073        Date: 12/8/2017

**Defendant:** Yiheng Percival Zhang, custody        **Counsel:** Scott Austin, retained

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ
- TIME IN COURT: 3:21-3:24; 3:39-4:03    27 minutes
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Judy Webb
- U. S. Attorney: Steve Ramsayer
- USPO: Reno Scott
- Case Agent: SA Greg Hunt, FBI; SA Matthew Seckers, FBI
- Interpreter: Wing Chan, sworn and used

☐ Arraignment and plea continued to New Date.
☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
☐ Defendant states that true name is Defendant name. Defendant given copy of Indictment or Information.
☐ Defendant(s) waives reading of Indictment or Information.
☒ Indictment read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P); USA reviews penalties and what it would have to prove to convict.

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | 1-7 |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

☒ Jury trial set for TBA before Judge Urbanski in Roanoke.
☐ Trial to be set by Clerk upon arrest of all defendants.
☐ Pretrial conference set for Pretrial Conference Date.
☐ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:
3:24 Recess to allow dft to read indictment with his attorney and the interpreter. 3:39 Reconvene – dft counsel states indictment was read and explained.